NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5024

M. MAROPAKIS CARPENTRY, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 03-CV-2825, Judge Lawrence M. Baskir.

ON MOTION

O R D E R

Upon consideration of the United States motion for an extension of time, out of time, until September 25, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

SEP - 2 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Kelly H. Decker, Esq.
      Kent C. Kiffner, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK